NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MICHAEL JENSEN, *Petitioner*.

No. 1 CA-CR 20-0582 PRPC
FILED 7-29-2021

Petition for Review from the Superior Court in Maricopa County
No. CR2004-020949-001
The Honorable Howard D. Sukenic, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Michael Jensen, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge David B. Gass, Judge Michael J. Brown, and Judge David
D. Weinzweig delivered the decision of the Court.

**PER CURIAM**:

**¶1**        Petitioner Michael Jensen seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fifth petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:   AA